No. 02–5329. ATWOOD v. UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 02–5331. OSEWE v. GARCIA, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 02–5332. MEKVICHITSANG v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–5333. KURZ v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 02–5335. KURGAN v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 02–5336. KENNAUGH v. MILLER, SUPERINTENDENT, EASTERN CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 02–5337. SOLANO-HERRERA v. UNITED STATES; LAZALDE-MURILLO v. UNITED STATES; OROZCO-SUAZO v. UNITED STATES; RODRIGUEZ-MORALES v. UNITED STATES; and WOO-RANGEL v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–5338. SANCHEZ-VETANCUR v. UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 02–5339. RADFORD v. LAMPERT, SUPERINTENDENT, SNAKE RIVER CORRECTIONAL INSTITUTION. C. A. 9th Cir. Certiorari denied. 

No. 02–5340. STRINGER v. HEDGEPETH, WARDEN. C. A. 8th Cir. Certiorari denied. 

No. 02–5341. MARTINEZ SALINAS v. UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 02–5343. NELSON v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 02–5344. MITCHELL ET AL. v. MENGEL, CLERK, SUPREME COURT OF OHIO. Sup. Ct. Ohio. Certiorari denied. 

No. 02–5346. DIXON v. UNITED STATES. C. A. 1st Cir. Certiorari denied.